**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO. 14-32819-BKC-JKO** |
| | **CHAPTER 7** |
| **US CAPITAL/FASHION MALL, LLC, et al.,[1]** | **(Jointly Administered)** |
| Debtors. | |
| _____/ | |
| **KENNETH A. WELT, Chapter 7 Trustee,** | **ADV. NO. 16-01417-JKO** |
| v. | |
| **AMERICAN EXPRESS CENTURION BANK CORP., AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC., AMERICAN EXPRESS BANK, FSB, and AMERICAN EXPRESS CO.,** | |
| Defendants. | |
| _____/ | |

**AGREED *EX PARTE* MOTION BY PLAINTIFF, KENNETH A. WELT, TO CONTINUE PRETRIAL CONFERENCE AND EXTEND RELATED PRETRIAL DEADLINES**

Plaintiff, Kenneth A. Welt, the Chapter 7 Trustee (the "Trustee" or "Plaintiff"), by and through counsel, file this Agreed *Ex Parte* Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines (the "Motion") and in support thereof state, as follows:

**I.    BACKGROUND.**

1.    On October 14, 2014 (the "Petition Date"), the Debtors each filed voluntary Chapter 7 petitions for relief under title 11 of the U.S. Code (the "Bankruptcy Code").

---

[1] The Debtors in these jointly administered cases are (i) US Capital/Fashion Mall, LLC (Case No. 14-32819-BKC-JKO); (ii) US Capital Holdings, LLC (Case No. 14-32822-BKC-JKO); and (iii) Mapuche, LLC (Case No. 14-32827-BKC-JKO).

2. The Plaintiff is the duly appointed and acting Trustee of each of the Debtors' bankruptcy estates (the "Estates").

3. On August 11, 2016, the Plaintiff filed the Adversary Complaint to Avoid and Recover Fraudulent Transfers and for Related Relief (the "Adversary Complaint") [ECF No. 1] against the Defendants, American Express Centurion Bank Corp., American Express Travel Related Services Co, Inc., American Express Bank, FSB, and American Express Co. (collectively, the "Defendants") (the "Adversary Proceeding").

4. On September 9, 2016, the Defendants filed the Answer and Affirmative Defenses (the "Answer") [ECF No. 5].

5. Pursuant to the Summons [ECF No. 2] and Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 3], the Pretrial Conference is currently scheduled for November 16, 2016 at 9:30 a.m. (the "Pretrial Conference").

## II. RELIEF REQUESTED.

6. The Plaintiff and the Defendants are engaged in settlement communications. To preserve resources and focus efforts on such settlement discussions, the Plaintiff and Defendants have agreed to a continuance of the Pretrial Conference for an one hundred and twenty (120) days. Further, the Plaintiff seeks a concomitant enlargement of the deadlines set forth in the Pretrial Order to coincide with the continued Pretrial Conference.

7. Counsel for the Plaintiff has conferred with Defendants' counsel, Frank White, Esq., regarding the filing of this Motion and certifies that the Defendants have agreed to the relief requested herein.

8. The filing of this Motion and continuance of the Pretrial Conference and extensions of the deadlines under the Pretrial Order are necessary in order to preserve time and

resources of the Parties. This Motion has been filed in good faith and not for any dilatory purpose or improper delays of this adversary proceeding.

**WHEREFORE**, the Plaintiff, Kenneth A. Welt, as the Chapter 7 Trustee, respectfully requests the entry of an order attached hereto as **Exhibit "A"**: (i) granting this Motion; (ii) continuing the Pretrial Conference for a period of not less than one hundred and twenty (120) days; (iii) extending all corresponding pretrial deadlines accordingly; and (iv) granting such other and further relief as the Court deems appropriate.

**Dated this 17<u>th</u> day of October, 2016.**

                                               **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for Plaintiff*
100 S.E. Second Street, 44th Floor
Miami, FL  33131
Tel: (305) 349-2300
Fax: (305) 349-2310

By:     /s/ Michael L. Schuster
      Michael L. Schuster, Esq.
      Fla. Bar No. 57119
      Email: mschuster@gjb-law.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of the foregoing Motion was served on October 17, 2016 by electronic mail via CM/ECF Notification and/or via U.S. Mail, postage prepaid, as indicated, to those listed on the attached Service List.

By:   /s/ Michael L. Schuster
      Michael L. Schuster, Esq.

3

## SERVICE LIST

*Served via CM/ECF Notification*

David C. Cimo, Esq on behalf of Plaintiff Kenneth A. Welt, Trustee
dcimo@gjb-law.com, gjbecf@gjb-law.com

Jason Z. Jones, Esq. on behalf of Defendant American Express Bank, FSB
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Defendant American Express Centurion Bank Corp.
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Defendant American Express Co.
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Defendant American Express Travel Related Services Co., Inc.
jjones@joneslawpa.com

*Served via U.S. Mail*
Frank N. White, Esq.
Arnall Golden Gregory, LL:P
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Email: frank.white@agg.com

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                      CASE NO. 14-32819-BKC-JKO

                                                            CHAPTER 7

US CAPITAL/FASHION MALL, LLC,
et al.,                                                     (Jointly Administered)

    Debtors.
_____/

KENNETH A. WELT, Chapter 7 Trustee,                         ADV. NO. 16-01417-JKO

v.

AMERICAN EXPRESS CENTURION BANK
CORP., AMERICAN EXPRESS TRAVEL
RELATED SERVICES CO., INC., AMERICAN
EXPRESS BANK, FSB, and AMERICAN
EXPRESS CO.,

    Defendants.
_____/

**ORDER GRANTING AGREED *EX PARTE* MOTION BY PLAINTIFF, KENNETH A. WELT, TO CONTINUE PRETRIAL CONFERENCE AND EXTEND <u>RELATED PRETRIAL DEADLINES</u>**

**THIS MATTER** came before the Court without a hearing upon the Agreed Ex Parte Motion by Plaintiff, Kenneth A. Welt, to Continue Pretrial Conference and Extend Related Pretrial Deadlines [ECF No. ____] (the "Motion"), and the Court having reviewed the Motion, the record in this case, and noting the agreement of the parties with respect to the relief granted herein, and being otherwise duly advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is GRANTED.

2. The Pretrial Conference is hereby continued to _____, 2017 at 9:30 a.m. at the United States Bankruptcy Court, 299 E. Broward Blvd., Courtroom 301, Ft. Lauderdale, FL 33301

3. The corresponding pretrial deadlines are extended accordingly to coincide with the continued Pretrial Conference.

4. This Order is without prejudice to the parties seeking further extensions of the pretrial conference in this matter or any of the pretrial deadlines.

###

**Submitted by:**

Michael L. Schuster, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Fax: (305) 349-2310
Email: mschuster@gjb-law.com

[Attorney Schuster shall serve a copy of this Order to all interested parties and file a certificate of service]